UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| STEVEN JOSEPH HALL and MIRANDA C. MCDANIEL | : BANKRUPTCY NO. 15-11778-ELF |
| Debtors | : |
| | : CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : |
| | : L.B.R. 9014-3 |
| Movant | : |
| | : HEARING: **DECEMBER 18, 2018** |
| | : AT 9:30 A.M. |
| vs. | : U. S. Bankruptcy Court |
| | : Robert N. C. Nix Sr. |
| STEVEN JOSEPH HALL, MIRANDA C. MCDANIEL and WILLIAM C. MILLER, Trustee | : Federal Court House |
| | : 900 Market Street |
| | : Philadelphia, PA 19107 |
| Respondents | : |

### NOTICE OF MOTION/RESPONSE DEADLINE AND HEARING DATE

Pennsylvania Housing Finance Agency has filed the Motion of Pennsylvania Housing Finance Agency for Relief From the Automatic Stay to Pennsylvania Housing Finance Agency to Foreclose on 418 Norristown Road, Horsham, PA 19044.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney).

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before December 14, 2018, you or your attorney must do **ALL** of the following:

    (a) file an Answer explaining your position at:

Clerk
U. S. Bankruptcy Court
Eastern District of Pennsylvania
Robert N. C. Nix Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107

If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)   mail a copy to the Movant's attorney:

          Leon P. Haller, Esquire
          Purcell, Krug & Haller
          1719 North Front Street
          Harrisburg, PA 17102-2392

          Telephone No. (717)234-4178
          Fax No.      (717)233-1149

    2.   If you or your attorney do not take the steps described in Paragraphs 1(a) and (b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

    3.   A hearing on the Motion is scheduled to be held before The Honorable Eric L. Frank on December 18, 2018, at 9:30 A.M. in Courtroom No. 1, United States Bankruptcy Court, Eastern District of Pennsylvania, Robert N. C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania 19107.

    4.   If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

    5.   You may contact the Bankruptcy Clerk's Office at (215)408-2802 to find out whether the hearing has been cancelled because no one filed an Answer.

                                   PURCELL, KRUG & HALLER


                                By:/s/Leon P. Haller
                                  Leon P. Haller
                                  1719 North Front Street
                                  Harrisburg, PA 17102-2392
                                  (717)234-4178
                                  Attorney ID #15700
                                  Attorney for Movant
Dated: November 26, 2018       lhaller@pkh.com