**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven Joseph Hall<br>Miranda C. McDaniel<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 15-11778 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

          Respectfully submitted,
          **/s/ Rebecca A. Solarz Esquire**
          Rebecca A Solarz, Esquire
          Kevin G. McDonald, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322