Certificate Number: 03088-PAE-DE-034545364

Bankruptcy Case Number: 15-11778



03088-PAE-DE-034545364

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2020, at 7:57 o'clock PM CDT, Steven J Hall completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 9, 2020                By:    /s/Tania Roman for Doug Tonne

                                    Name:  Doug Tonne

                                    Title: Counselor