Certificate Number: 03088-PAE-DE-034545208

Bankruptcy Case Number: 15-11778


03088-PAE-DE-034545208

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 9, 2020</u>, at <u>7:57</u> o'clock <u>PM CDT</u>, <u>Miranda C McDaniel</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 9, 2020</u>                     By:    <u>/s/Doug Tonne</u>

                                                  Name:  <u>Doug Tonne</u>

                                                  Title:  <u>Counselor</u>