United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-11778-elf
Steven Joseph Hall                                                        Chapter 13
Miranda C McDaniel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia              Page 1 of 2              Date Rcvd: Jun 16, 2020
                                Form ID: 138NEW             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
db/jdb         +Steven Joseph Hall,    Miranda C McDaniel,   418 Norristown Road,   Horsham, PA 19044-1214
13490501       #+Atlantic Credit & Finance,    P.O. Box 13386,   Roanoke, VA 24033-3386
13490502       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P.O. Box 982235,   El Paso, TX 79998)
13490505       +Capital One,   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
13532684        Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13490508       +Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
13490512       +I C System Inc,    P.O. Box 64378,   Saint Paul, MN 55164-0378
13490513       +Michael F. Ratchford, Esq.,    Abrahamsen Ratchford, PC,    120 North Keyser Avenue,
                Scranton, PA 18504-9701
14466160       +Pennsylvania Housing Finance Agency,    c/o Rebecca A. Solarz, Esq.,   KLM Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13490515       +Police And Fire Federal Credit Union,    901 Arch St,   Philadelphia, PA 19107-2495
13540589        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,   POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 17 2020 04:23:27      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2020 04:22:54
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 17 2020 04:23:14       U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org Jun 17 2020 04:23:00      Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
13497082       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 17 2020 04:22:27
                AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
13490503        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 04:29:08       CACH, LLC,
                PO Box 10587,   Greenville SC   29603-0587
13490504        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 17 2020 04:28:40       Capital One,
                P.O. Box 85520,   Richmond, VA 23285
13530621       +E-mail/Text: bankruptcy@cavps.com Jun 17 2020 04:23:11      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13490510        E-mail/Text: mrdiscen@discover.com Jun 17 2020 04:22:17      Discover Financial Services, LLC,
                P.O. Box 15316,   Wilmington, DE 19850
13496958        E-mail/Text: mrdiscen@discover.com Jun 17 2020 04:22:17      Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
13490509       +E-mail/Text: mrdiscen@discover.com Jun 17 2020 04:22:17      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
13490511       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 17 2020 04:22:27       GM Financial,
                P.O. Box 181145,   Arlington, TX 76096-1145
13490506        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 17 2020 04:28:38       Chase,
                P.O. Box 15298,   Wilmington, DE 19850
13490507        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 17 2020 04:28:39       Chase Card,
                P.O. Box 15298,   Wilmington, DE 19850
13490514       +E-mail/Text: blegal@phfa.org Jun 17 2020 04:23:00      PA Housing Finance Agency,
                211 N Front St,   Harrisburg, PA 17101-1406
13490516       +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:58      Synchrony Bank,   P.O. Box 965005,
                Orlando, FL 32896-5005
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc.
cr*             CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
13501923*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
13540590*       eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                New York, NY 10087-9262
                                                                                               TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: Virginia            Page 2 of 2            Date Rcvd: Jun 16, 2020
                               Form ID: 138NEW           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:

```
          BRAD J. SADEK    on behalf of Debtor Steven Joseph Hall brad@sadeklaw.com,  bradsadek@gmail.com
          BRAD J. SADEK    on behalf of Joint Debtor Miranda C McDaniel brad@sadeklaw.com,
           bradsadek@gmail.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
           Pennsylvania Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Steven Joseph Hall and Miranda C McDaniel

    Debtor(s)

Bankruptcy No: 15–11778–elf
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 6/16/20

61 – 60
Form 138_new